Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendants
Chase Bank USA, N.A., and JPMorgan Chase
Bank, N.A. (improperly named as "Chase Bank,
National Association")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANA-MARIA MAGO,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK, NATIONAL ASSOCIATION; CITI BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, INC.,<br><br>    Defendants. | CASE NO.  2:16-cv-01174-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

The current deadline for defendants Chase Bank USA, N.A., and JPMorgan Chase Bank, N.A. (improperly named in the Complaint as "Chase Bank, National Association") (collectively, "Chase"), to respond to plaintiff Ana-Maria Mago's complaint is July 25, 2016.  Chase has asked plaintiff to agree to a one-week extension of this date and plaintiff has agreed.  Thus, plaintiff and Chase stipulate and agree that Chase has up to and including August 1, 2016 to respond to plaintiff's

DMWEST #14631119 v1

complaint, which will provide additional time for Chase to investigate plaintiff's allegations. It also will give the parties additional time to discuss a potential early resolution of claims asserted against Chase. The parties submit this stipulation in good faith and not for purposes of delay.

Dated: July 15, 2016

| Ballard Spahr LLP | Haines & Krieger, LLC |
|---|---|
| By:/s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendants Chase Bank USA, N.A., and JPMorgan Chase Bank, N.A. (improperly named in the Complaint as "Chase Bank, National Association")* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2016