UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ANA-MARIA MAGO,

        Plaintiff,

vs.

CHASE BANK, *et al.*,

        Defendants.

2:16-cv-01174-APG-VCF

**ORDER**

    Before the Court is the Stipulation and Order to Extend Deadline for Ocwen Loan Servicing, LLC to Respond to the Complaint (ECF No. 20). The stipulation is not incompliance with Local Rule IA 6-1.

    Accordingly,

    IT IS HEREBY ORDERED that Stipulation and Order to Extend Deadline for Ocwen Loan Servicing, LLC to Respond to the Complaint (ECF No. 20) is DENIED without prejudice.

    DATED this 22nd day of July, 2016.

                                          _____
                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE