David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Ana-Maria G. Mago*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Ana-Maria G. Mago,<br><br>                    Plaintiff,<br><br>v.<br><br>CHASE BANK, NATIONAL ASSOCIATION; CIT BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>                    Defendants. | **Case No. 2:16-cv-01174-GMN-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>CIT BANK, NA ONLY</u>** |

  Plaintiff Ana-Maria G. Mago and CIT Bank hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CIT Bank, NA**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:           August 11, 2016

| | |
|---|---|
| By:<br><u>/s/David H. Krieger, Esq.</u><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><u>/s/ Eric W. Swanis, Esq.</u><br>Eric W. Swanis, Esq.<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 400N<br>Las Vegas, NV 89169<br>*Attorney for Cit Bank, NA* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED this  26  day of August, 2016.