David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Ana-Maria G. Mago*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Ana-Maria G. Mago, <br><br> Plaintiff, <br><br> v. <br><br> CHASE BANK, NATIONAL ASSOCIATION; CIT BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, <br><br> Defendants. | Case No. 2:16-cv-01174-GMN-VCF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO OCWEN LOAN SERVICING, LLC ONLY** |

Plaintiff Ana-Maria G. Mago and OCWEN LOAN SERVICING, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

Page **1** of **2**

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, OCWEN LOAN SERVICING, LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: August 11, 2016

| | |
|---|---|
| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br>/s/ Eric W. Swanis, Esq.<br>Eric W. Swanis, Esq.<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 400N<br>Las Vegas, NV 89169<br>*Attorney for Defendant Ocwen Loan Servicing, LLC* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 1, 2016