Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
demareel@ballardspahr.com

*Attorneys for Defendant*
*Chase Bank USA, N.A.,(improperly named as "Chase Bank, National Association")*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANA-MARIA MAGO,

Plaintiff,

v.

CHASE BANK, NATIONAL ASSOCIATION; CITI BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICE; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, INC.,

Defendants.

CASE NO. 2:16-cv-01174-GMN-VCF

**JOINT MOTION TO DISMISS DEFENDANT CHASE BANK USA, N.A. (Incorrectly named as "CHASE BANK, NATIONAL ASSOCIATION")**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ana-Maria Mago ("Plaintiff") and Defendant Chase Bank USA, N.A. (incorrectly named as "Chase Bank, National Association") ("Chase USA"), move this Court to dismiss with prejudice (i) Plaintiff's claim against Chase USA only, and (ii) the allegations contained in paragraphs 37 – 53 of the Complaint (Doc. No. 1), which allegations form the basis of Plaintiff's claim against Chase USA. Each party will bear its own costs, disbursements, and attorneys' fees.

IT IS SO ORDERED:

______________________________
UNITED STATES DISTRICT JUDGE

DATED this 27 day of October, 2016.

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070

Dated: August 5, 2016.

HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*

David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
(702) 880-5554
dkrieger@hainesanadkrieger.com

*Attorneys for Plaintiff*

Dated: August 5, 2016.

BALLARD SPAHR LLP

By: /s/ *Lindsay Demaree*

Lindsay Demaree
Nevada Bar No. 11949
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant Chase Bank USA, N.A.*

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070