David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANA-MARIA MAGO,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE BANK, NATIONAL ASSOCIATION; CIT BANK, NATIONAL ASSOCIATION; OCWEN LOAN SERVICING, LLC; WELLS FARGO CARD SERVICE; EQUIFAX INFORMATION SYSTEMS, LLC; TRANS UNION, LLC,<br><br>        Defendants. | Case No. 2:16-cv-01174-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO FARGO BANK, N.A. PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ana-Maria Mago

and Defendant Wells Fargo Bank, N.A., erroneously identified as Well Fargo Card Service

4844-9208-5574

("Wells Fargo") stipulate to dismissal of Wells Fargo from the above-mentioned action, with prejudice.

Each party will bear its own fees and costs arising in connection with prosecution of Plaintiff's action against Wells Fargo.

Dated: April 6, 2017

| */s/ Miles N. Clark* | */s/ Karl O. Riley* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br> (702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* | Karl O Riley<br>Nevada Bar No. 12077<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>702-784-5200<br>Fax: 702-784-5252<br>Email: kriley@swlaw.com<br><br>*Attorney for Defendant Wells Fargo Bank, N.A., erroneously identified as Wells Fargo Card Service* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED** this 10 day of April, 2017.

4844-9208-5574